# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3455

_____

Jalayne S. Noonan,

        Appellant,

v.

IASD Health Services Corp., doing
business as Blue Cross Blue Shield of
Iowa,

        Appellee.

    Appeal from the United States
    District Court for the Southern
    District of Iowa.

       [UNPUBLISHED]

_____

Submitted: April 21, 1999
Filed: April 28, 1999

_____

Before BOWMAN,[*] Chief Judge, FAGG, Circuit Judge, and BOGUE,[**] District Judge.

_____

PER CURIAM.

    Jalayne S. Noonan appeals the district court's adverse grant of summary judgment in Noonan's coverage-related dispute with the insurer for her employer's

_____

[*]The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

[**]The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

group health benefit plan.  A review of the record and the parties' briefs shows the district court's decision is clearly correct.  We also conclude that an extended discussion will serve no useful purpose.  We thus affirm on the basis of the district court's memorandum opinion and order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.